LEON H. RUBIN, Respondent, *v.* EDMUND P. COTTLE et al., Individually and as Executors of OCTAVIUS O. COTTLE, Deceased, et al., Appellants, and THE CITY OF BUFFALO et al., Respondents.

(Submitted September 28, 1936; decided September 29, 1936.)

*Gregory U. Harmon, Corporation Counsel (Bertha J. Strootman* of counsel), for motion.

*Edmund P. Cottle* opposed.

Motion denied upon payment of ten dollars costs to respondent within ten days; otherwise, granted and appeal dismissed, with costs and ten dollars costs of motion.